**Barbara A. MCKOY, Plaintiff–Appellant,**

v.

**NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY; Ruby Hooks, Resource Manager; D.D. Castro Oneil, Section 8 Program Specialist; Crenshaw, Ware & Martin; Orion Investment, Defendants–Appellees.**

No. 02–1854.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Barbara A. McKoy, Appellant Pro Se. Amy Sue Morrissey, Crenshaw, Ware & Martin, P.L.C., Norfolk, Virginia; Richard Ennis Biemiller, Wolcott, Rivers, Wheary, Basnight & Kelly, P.C., Virginia Beach, Virginia, for Appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Barbara A. McKoy appeals from the district court's order dismissing her civil action alleging improper practices by the Defendants relating to her participation in a federal subsidized rent program. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McKoy v. Norfolk Redevelopment & Housing Auth.,* No. CA–02–268–2 (E.D. Va. filed July 12, 2002 & entered July 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*